~~Manuel D. Serpa, Calif. Bar No. 174182~~
~~LAW OFFICES OF HARRY J. BINDER~~
~~AND CHARLES E. BINDER, P.C.~~
~~770 The City Drive South Suite 2000~~
~~Orange, CA 92868~~
~~Phone (714) 564-8644~~
~~Fax (714) 940-0311~~
~~Email: manuel.serpa@binderlawfirm.com~~

~~Attorneys for Plaintiff George W. Green~~

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. GREEN, | No. CV 14-02043 AN |
| Plaintiff, | ~~PROPOSED~~ **ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND SEVEN HUNDRED EIGHTY THREE dollars and 00/CENTS ($3,783.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED dollars and 00/CENTS ($400.00), subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

Dated: January 21, 2015

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

1